# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONALD A. DOVE,** : | |
| **Petitioner** : | |
| : | **CIVIL ACTION NO. 3:12-0417** |
| v. : | |
| : | **(Judge Mannion)** |
| **YORK COUNTY, PA** : | |
| **PA STATE ATTORNEY GENERAL,** | |
| : | |
| **Respondents** | |
| : | |

# ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY**

**ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a Certificate of Appealability.  See 28 U.S.C. §2253(c).


            s/ *Malachy E. Mannion*
            **MALACHY E. MANNION**
            **United States District Judge**

**Dated: February 21, 2014**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-0417-01-ORDER.wpd